

Phone:  (212) 885-5259
Fax:    (917) 332-3730
Email:  JKimball@BlankRome.com

October 17, 2014

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square, Room 1106
New York, NY 10007

        Re:  *Hyundai Merchant Marine Co., Ltd. v. Mitsubishi Heavy Industries, Ltd.*,
             14 Civ. 7965; Our Reference No. 129789-06501

Dear Judge Schofield:

    We represent Hyundai Merchant Marine Co., Ltd. ("HMM"), Plaintiff in the above-referenced action. We refer to Your Honor's Order dated October 16, 2014 scheduling a status conference for Wednesday, December 3, 2014 at 10:30 a.m. We respectfully request an adjournment of the scheduled status conference to a date after December 10, 2014.

    To date, HMM has not made any requests for adjournment or extension to this Court. The reason for the present request is that the undersigned will be out of the country on business on a previously scheduled trip and will not be returning to the United States until December 10, 2014.

    The undersigned has not conferred with counsel for Mitsubishi Heavy Industries, Ltd. ("MHI") because no appearance has yet been entered on its behalf. HMM has served MHI's New York office and has taken steps to serve MHI in Tokyo pursuant to the Convention on Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Convention") and via the Clerk of the Court pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii). Moreover, the undersigned has provided, and will continue to provide, MHI's Japanese counsel, Captain Makoto Murakami, with all documents filed in this matter.

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

129789.06501/7448021v.1

Boca Raton  •  Cincinnati  •  Houston  •  Los Angeles  •  New York  •  Philadelphia  •  Princeton  •  Shanghai  •  Washington  •  Wilmington



The Honorable Lorna G. Schofield
October 17, 2014
Page 2

    We therefore respectfully request that the Court adjourn the status conference to any date after December 10, 2014, at the Court's convenience.

Respectfully submitted,

John D. Kimball